IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SKF USA, INC.,

    Plaintiff,

v.

JAMES W. MILLER, JR.,

    Defendant.

CIVIL ACTION NO. 10-4625

## ORDER

AND NOW, this __15__ day of March, 2011, upon careful consideration of defendant James W. Miller, Jr.'s ("Miller's") motion to dismiss this action (docket no. 4), plaintiff SKF USA Inc.'s ("SKF's") response thereto, SKF's cross-motion to enjoin Miller's prosecution of duplicative proceedings in the United States District Court for the Northern District of Illinois (docket no. 5), and Miller's response thereto, **IT IS HEREBY ORDERED** that

1. Miller's motion to dismiss this action (docket no. 4) is **GRANTED**, and SKF's complaint is **DISMISSED** without prejudice; and

2. SKF's cross-motion to enjoin prosecution of the proceedings in the Northern District of Illinois (docket no. 5) is **DENIED**.

William H. Yohn Jr., Judge